UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

| | |
|---|---|
| In Re: | Case No.: _____ |
| | Judge: _____ |
| | Chapter: 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.      ☐  Motion for Relief from the Automatic Stay filed by _____ , creditor,

A hearing has been scheduled for _____, at _____.


☐  Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____, at _____.


☐  Certification of Default filed by _____,

I am requesting a hearing be scheduled on this matter.


2.      I oppose the above matter for the following reasons **(choose one)**:

☐  Payments have been made in the amount of $ _____, but have not been accounted for.  Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):

☐ Other (**explain your answer**):

3.      This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4.      I certify under penalty of perjury that the above is true.

Date: _____          _____
                                        Debtor's Signature

Date: _____          _____
                                        Debtor's Signature

**NOTES:**

1.      Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2.      Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*

## Make A Payment

**1. Accept Terms & Conditions**     **2. Confirm Payment Details**     **3. Payment Completed**

## Payment Complete – Confirmation

Your payment has now been submitted. Please print this page for your records.

*On the 26 May 2021, $ 4,183.65 will be debited from your account.*

| | |
|---|---|
| Confirmation Number: | 7695652 |
| Payer Name: | Trevor Bloise |
| Payer Email Address: | tbloise@rocketmail.com |
| Online Payment ID: | 17328164098 |
| Marie-Ann Greenberg: | Marie-Ann Greenberg |
| Payment Type: | Single Payment |
| Payment Entered Date: | 25 May 2021 |
| Payment Date: | 25 May 2021 |
| Payment Effective Date: | 26 May 2021 |
| Payment Amount: | $ 4,181.65 |
| Bank Processing Fee: | $ 2.00 |
| **Total Amount:** | **$ 4,183.65** |

*Please note, this payment will show as two separate debits to your banking account
in the amounts of $ 4,181.65 and $ 2.00*

✓  Close Window     ✓  Print