Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−32816−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Trevor A. Bloise
   266 South Burnet Street
   East Orange, NJ 07018

Social Security No.:
   xxx−xx−4098

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 7/7/21 at 10:00 AM

to consider and act upon the following:

*81* − Certification in Opposition to (related document:79 Certification of Default of Standing Trustee. re: Debtors failure to provide tax returns and/or pay stubs Report. Filed by Marie−Ann Greenberg. Objection deadline is 6/7/2021. (Attachments: # 1 Certification of Default Generic − Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by Michael G. Boyd on behalf of Trevor A. Bloise. (Boyd, Michael)

Dated: 5/27/21

                                                     Jeanne Naughton
                                                     Clerk, U.S. Bankruptcy Court