Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF NOVEMBER 8, 2021

### Chapter 13 Case # 17-32816

Re:  TREVOR A. BLOISE                                Atty:  MICHAEL G. BOYD
     266 SOUTH BURNET STREET                                 CHESTNUT HILL PROFESSIONAL CENTER
     EAST ORANGE, NJ  07018                                  157 ENGLE STREET
                                                             ENGLEWOOD, NJ  07631

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $32,350.00**

### RECEIPTS    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/27/2017 | $250.00 | 4462684000 - | 01/01/2018 | $250.00 | 4553649000 - |
| 02/02/2018 | $250.00 | 4641630000 - | 03/05/2018 | $250.00 | 4723909000 - |
| 04/03/2018 | $250.00 | 4803551000 | 05/03/2018 | $250.00 | 4886838000 |
| 06/04/2018 | $250.00 | 4968932000 | 07/03/2018 | $600.00 | 5042134000 |
| 08/03/2018 | $600.00 | 5126661000 | 09/05/2018 | $600.00 | 5209849000 |
| 10/03/2018 | $600.00 | 5286888000 | 11/05/2018 | $600.00 | 5370629000 |
| 12/05/2018 | $600.00 | 5447197000 | 01/07/2019 | $600.00 | 5526532000 |
| 02/06/2019 | $600.00 | 5602592000 | 03/06/2019 | $600.00 | 5684194000 |
| 04/12/2019 | $600.00 | 5778486000 | 05/07/2019 | $600.00 | 5844580000 |
| 06/04/2019 | $600.00 | 5913506000 | 07/09/2019 | $600.00 | 6002845000 |
| 08/09/2019 | $600.00 | 6084399000 | 09/10/2019 | $600.00 | 6165778000 |
| 10/08/2019 | $600.00 | 6240567000 | 11/12/2019 | $600.00 | 6324387000 |
| 12/16/2019 | $600.00 | 6406908000 | 01/14/2020 | $600.00 | 6480878000 |
| 02/14/2020 | $600.00 | 6561172000 | 03/10/2020 | $600.00 | 6630067000 |
| 04/13/2020 | $600.00 | 6709729000 | 05/19/2020 | $600.00 | 6799368000 |
| 06/16/2020 | $600.00 | 6867936000 | 07/16/2020 | $600.00 | 6942985000 |
| 07/27/2020 | $2,678.00 | 6964985000 | 07/28/2020 | $350.00 | 6968631000 |
| 08/13/2020 | $600.00 | 7010088000 | 09/21/2020 | $600.00 | 7097386000 |
| 10/21/2020 | $600.00 | 7171772000 | 11/23/2020 | $600.00 | 7250273000 |
| 12/17/2020 | $600.00 | 7312406000 | 01/26/2021 | $600.00 | 7405205000 |
| 02/23/2021 | $600.00 | 7472204000 | 03/24/2021 | $600.00 | 7547741000 |
| 04/27/2021 | $600.00 | 7625878000 | 05/25/2021 | $600.00 | 7692157000 |
| 05/26/2021 | $4,181.65 | 7695652000 | 06/28/2021 | $600.00 | 7768599000 |
| 08/02/2021 | $600.00 | 7852260000 | 09/01/2021 | $600.00 | 7915282000 |
| 09/28/2021 | $600.00 | 7974441000 | | | |

**Total Receipts: $32,359.65  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $32,359.65**

# CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,972.50 | |
| ATTY | ATTORNEY | ADMIN | 1,500.00 | 100.00% | 1,500.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AT&T MOBILITY | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | AMAZON CREDIT CARDS FROM CHASE | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | AMERICAN EXPRESS BANK | UNSECURED | 1,100.94 | * | 236.89 | |
| 0007 | BMW FINANCIAL SERVICES NA LLC | VEHICLE SECURE | 332.74 | 100.00% | 332.74 | |
| 0008 | QUANTUM3 GROUP LLC | UNSECURED | 2,279.19 | * | 490.42 | |
| 0009 | MIDLAND FUNDING LLC | UNSECURED | 2,594.68 | * | 558.31 | |
| 0010 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 756.19 | * | 158.63 | |
| 0011 | CAP 1/L&T | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | CLARA MASS MEDICAL CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | DELL FINANCIAL SERVICES LLC | UNSECURED | 2,408.79 | * | 518.31 | |
| 0019 | DISCOVER BANK | UNSECURED | 5,892.04 | * | 1,267.81 | |
| 0020 | DISCOVER PERSONAL LOAN | UNSECURED | 13,471.15 | * | 2,898.64 | |
| 0021 | DISCOVER PERSONAL LOANS | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | CREDIT FIRST | UNSECURED | 1,106.99 | * | 238.19 | |
| 0024 | HOME DEPOT CREDIT SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | KOHL'S | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 1,420.89 | * | 305.73 | |
| 0027 | MERRICK BANK | UNSECURED | 6,909.90 | * | 1,486.83 | |
| 0029 | SYNCB/AMAZON | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | SYNCB/QVC | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | QUANTUM3 GROUP LLC | UNSECURED | 3,800.84 | * | 817.84 | |
| 0036 | QUANTUM3 GROUP LLC | UNSECURED | 3,479.66 | * | 748.73 | |
| 0038 | SEARS/CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0041 | T-MOBILE | UNSECURED | 447.41 | * | 96.27 | |
| 0042 | T-MOBILE BANKRUPTCY TEAM | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | TD BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0044 | TD BANK NA | UNSECURED | 7,637.87 | * | 1,643.47 | |
| 0046 | TD BANK USA NA | UNSECURED | 2,599.43 | * | 559.33 | |
| 0047 | QUANTUM3 GROUP LLC | UNSECURED | 391.49 | * | 84.24 | |
| 0049 | VERIZON BY AMERICAN INFOSOURCE L | UNSECURED | 1,159.47 | * | 249.48 | |
| 0050 | WALMART MASTERCARD/SYNCB | UNSECURED | 0.00 | * | 0.00 | |
| 0051 | WELLS FARGO DEALER SERVICES | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0052 | FEDERAL HOME LOAN MORTGAGE CORI | MORTGAGE ARRE | 4,998.00 | 100.00% | 4,998.00 | |
| 0054 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 4,186.05 | * | 900.73 | |
| 0055 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,538.85 | * | 546.29 | |
| 0056 | VERIZON BY AMERICAN INFOSOURCE L | UNSECURED | 197.25 | * | 39.24 | |
| 0057 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 942.33 | * | 202.76 | |
| 0058 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 752.59 | * | 157.88 | |
| 0059 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,104.94 | * | 237.75 | |
| 0060 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 972.36 | * | 209.22 | |
| 0061 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 558.59 | * | 117.18 | |
| 0063 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,180.79 | * | 254.08 | |
| 0064 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 488.42 | * | 102.46 | |
| 0065 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,584.38 | * | 340.92 | |
| 0066 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 831.44 | * | 174.41 | |
| 0067 | TD BANK NA | UNSECURED | 26,565.21 | * | 5,716.14 | |
| 0068 | QUANTUM3 GROUP LLC | UNSECURED | 341.66 | * | 73.51 | |
| 0069 | BMW FINANCIAL SERVICES NA LLC | ADMINISTRATIVE | 531.00 | 100.00% | 531.00 | |
| 0070 | LVNV FUNDING LLC | UNSECURED | 2,312.97 | * | 497.69 | |
| 0071 | LVNV FUNDING LLC | UNSECURED | 2,372.51 | * | 510.51 | |

**Total Paid: $31,774.13**
See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS BANK | | | | | | |
| | 06/17/2019 | $5.87 | 8001068 | 07/15/2019 | $6.08 | 8001113 |
| | 08/19/2019 | $6.08 | 8001155 | 09/16/2019 | $6.07 | 8001198 |
| | 10/21/2019 | $6.23 | 8001242 | 11/18/2019 | $6.00 | 8001283 |
| | 12/16/2019 | $6.00 | 8001324 | 02/10/2020 | $6.00 | 8001408 |
| | 03/16/2020 | $12.00 | 8001450 | 04/20/2020 | $5.99 | 8001486 |
| | 05/18/2020 | $5.70 | 8001530 | 07/20/2020 | $11.55 | 8001655 |
| | 08/17/2020 | $5.85 | 8001711 | 09/21/2020 | $35.39 | 8001777 |
| | 11/16/2020 | $5.86 | 8001898 | 12/21/2020 | $5.85 | 8001954 |
| | 01/11/2021 | $5.86 | 8002017 | 02/22/2021 | $5.85 | 8002064 |
| | 03/15/2021 | $5.85 | 8002121 | 04/19/2021 | $5.86 | 8002174 |
| | 05/17/2021 | $5.86 | 8002225 | 06/21/2021 | $5.84 | 8002273 |
| | 07/19/2021 | $47.41 | 8002326 | 08/16/2021 | $5.95 | 8002378 |
| | 09/20/2021 | $5.95 | 8002428 | 10/18/2021 | $5.94 | 8002477 |
| BMW FINANCIAL SERVICES | | | | | | |
| | 08/20/2018 | $11.68 | 807841 | 08/20/2018 | $531.00 | 807841 |
| | 09/17/2018 | $36.33 | 809816 | 10/22/2018 | $36.33 | 811740 |
| | 11/19/2018 | $35.32 | 813702 | 12/17/2018 | $35.32 | 815593 |
| | 01/14/2019 | $35.31 | 817512 | 02/11/2019 | $35.32 | 819404 |
| | 03/18/2019 | $35.31 | 821371 | | | |
| BMW FINANCIAL SERVICES NA LLC | | | | | | |
| | 04/15/2019 | $35.32 | 823404 | 05/20/2019 | $35.31 | 825381 |
| | 06/17/2019 | $1.19 | 827412 | | | |
| CREDIT FIRST | | | | | | |
| | 06/17/2019 | $5.91 | 827513 | 07/15/2019 | $6.11 | 829362 |
| | 08/19/2019 | $6.10 | 831332 | 09/16/2019 | $6.11 | 833354 |
| | 10/21/2019 | $6.27 | 835376 | 11/18/2019 | $6.03 | 837450 |
| | 12/16/2019 | $6.03 | 839386 | 02/10/2020 | $6.03 | 843142 |
| | 03/16/2020 | $12.07 | 845046 | 04/20/2020 | $6.03 | 846995 |
| | 05/18/2020 | $5.73 | 848884 | 07/20/2020 | $11.61 | 852373 |
| | 08/17/2020 | $5.88 | 854237 | 09/21/2020 | $35.60 | 856052 |
| | 11/16/2020 | $5.88 | 859729 | 12/21/2020 | $5.89 | 861554 |
| | 01/11/2021 | $5.88 | 863333 | 02/22/2021 | $5.89 | 865030 |
| | 03/15/2021 | $5.88 | 866864 | 04/19/2021 | $5.89 | 868561 |
| | 05/17/2021 | $5.88 | 870459 | 06/21/2021 | $5.88 | 872266 |
| | 07/19/2021 | $47.67 | 874061 | 08/16/2021 | $5.98 | 875742 |
| | 09/20/2021 | $5.99 | 877483 | 10/18/2021 | $5.97 | 879256 |
| DELL FINANCIAL SERVICES LLC | | | | | | |
| | 06/17/2019 | $12.85 | 827521 | 07/15/2019 | $13.30 | 829371 |
| | 08/19/2019 | $13.28 | 831344 | 09/16/2019 | $13.30 | 833363 |
| | 10/21/2019 | $13.63 | 835389 | 11/18/2019 | $13.13 | 837461 |
| | 12/16/2019 | $13.13 | 839396 | 02/10/2020 | $13.12 | 843151 |
| | 03/16/2020 | $26.25 | 845058 | 04/20/2020 | $13.13 | 847008 |
| | 05/18/2020 | $12.45 | 848899 | 07/20/2020 | $25.28 | 852386 |
| | 08/17/2020 | $12.81 | 854251 | 09/21/2020 | $77.43 | 856069 |
| | 11/16/2020 | $12.80 | 859741 | 12/21/2020 | $12.81 | 861569 |
| | 01/11/2021 | $12.81 | 863343 | 02/22/2021 | $12.81 | 865041 |
| | 03/15/2021 | $12.80 | 866877 | 04/19/2021 | $12.81 | 868572 |
| | 05/17/2021 | $12.81 | 870470 | 06/21/2021 | $12.80 | 872280 |
| | 07/19/2021 | $103.73 | 874072 | 08/16/2021 | $13.01 | 875754 |
| | 09/20/2021 | $13.01 | 877498 | 10/18/2021 | $13.02 | 879268 |

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| DEPARTMENT STORES NATIONAL BANK | | | | | | | |
| | 06/17/2019 | $7.58 | 827529 | | 07/15/2019 | $7.85 | 829379 |
| | 07/15/2019 | $8.21 | 829379 | | 07/15/2019 | $9.03 | 829379 |
| | 08/19/2019 | $7.83 | 831351 | | 09/16/2019 | $7.84 | 833369 |
| | 09/16/2019 | $8.35 | 833369 | | 09/16/2019 | $9.17 | 833369 |
| | 10/21/2019 | $8.05 | 835395 | | 11/18/2019 | $7.74 | 837467 |
| | 11/18/2019 | $8.39 | 837467 | | 11/18/2019 | $9.23 | 837467 |
| | 12/16/2019 | $7.74 | 839400 | | 02/10/2020 | $7.75 | 843153 |
| | 02/10/2020 | $8.24 | 843153 | | 02/10/2020 | $9.07 | 843153 |
| | 03/16/2020 | $9.06 | 845063 | | 03/16/2020 | $8.25 | 845063 |
| | 03/16/2020 | $15.48 | 845063 | | 04/20/2020 | $7.74 | 847012 |
| | 05/18/2020 | $7.35 | 848901 | | 05/18/2020 | $8.03 | 848901 |
| | 05/18/2020 | $8.83 | 848901 | | 07/20/2020 | $8.72 | 852389 |
| | 07/20/2020 | $7.93 | 852389 | | 07/20/2020 | $14.90 | 852389 |
| | 08/17/2020 | $7.56 | 854254 | | 09/21/2020 | $45.68 | 856072 |
| | 09/21/2020 | $28.34 | 856072 | | 09/21/2020 | $31.15 | 856072 |
| | 11/16/2020 | $7.55 | 859744 | | 12/21/2020 | $7.55 | 861571 |
| | 12/21/2020 | $8.03 | 861571 | | 12/21/2020 | $8.84 | 861571 |
| | 01/11/2021 | $7.56 | 863345 | | 02/22/2021 | $7.56 | 865043 |
| | 02/22/2021 | $8.05 | 865043 | | 02/22/2021 | $8.85 | 865043 |
| | 03/15/2021 | $7.55 | 866879 | | 04/19/2021 | $7.55 | 868575 |
| | 04/19/2021 | ($7.55) | 868575 | | 04/19/2021 | $7.55 | 869689 |
| | 04/19/2021 | $8.03 | 868575 | | 04/19/2021 | ($8.03) | 868575 |
| | 04/19/2021 | $8.03 | 869689 | | 04/19/2021 | $8.84 | 868575 |
| | 04/19/2021 | ($8.84) | 868575 | | 04/19/2021 | $8.84 | 869689 |
| | 05/17/2021 | $7.56 | 870472 | | 06/21/2021 | $7.56 | 872283 |
| | 06/21/2021 | $8.04 | 872283 | | 06/21/2021 | $8.83 | 872283 |
| | 07/19/2021 | $35.81 | 874075 | | 07/19/2021 | $32.57 | 874075 |
| | 07/19/2021 | $61.18 | 874075 | | 08/16/2021 | $7.68 | 875757 |
| | 09/20/2021 | $7.68 | 877500 | | 09/20/2021 | $8.17 | 877500 |
| | 09/20/2021 | $8.98 | 877500 | | 10/18/2021 | $7.66 | 879271 |
| DISCOVER BANK | | | | | | | |
| | 06/17/2019 | $31.44 | 827540 | | 07/15/2019 | $32.51 | 829391 |
| | 08/19/2019 | $32.52 | 831364 | | 09/16/2019 | $32.50 | 833380 |
| | 10/21/2019 | $33.37 | 835407 | | 11/18/2019 | $32.09 | 837479 |
| | 12/16/2019 | $32.12 | 839411 | | 02/10/2020 | $32.10 | 843163 |
| | 03/16/2020 | $64.21 | 845075 | | 04/20/2020 | $32.10 | 847018 |
| | 05/18/2020 | $30.48 | 848908 | | 07/20/2020 | $61.80 | 852397 |
| | 08/17/2020 | $31.33 | 854261 | | 09/21/2020 | $189.43 | 856078 |
| | 11/16/2020 | $31.32 | 859752 | | 12/21/2020 | $31.33 | 861576 |
| | 01/11/2021 | $31.32 | 863353 | | 02/22/2021 | $31.33 | 865048 |
| | 03/15/2021 | $31.33 | 866886 | | 04/19/2021 | $31.33 | 868582 |
| | 05/17/2021 | $31.32 | 870479 | | 06/21/2021 | $31.33 | 872290 |
| | 07/19/2021 | $253.70 | 874082 | | 08/16/2021 | $31.84 | 875765 |
| | 09/20/2021 | $31.83 | 877508 | | 10/18/2021 | $31.83 | 879277 |

**Chapter 13 Case # 17-32816**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| DISCOVER PERSONAL LOAN | | | | | | | |
| | 06/17/2019 | $71.88 | 827545 | | 07/15/2019 | $74.32 | 829396 |
| | 08/19/2019 | $74.35 | 831370 | | 09/16/2019 | $74.33 | 833385 |
| | 10/21/2019 | $76.27 | 835412 | | 11/18/2019 | $73.39 | 837484 |
| | 12/16/2019 | $73.41 | 839416 | | 02/10/2020 | $73.40 | 843170 |
| | 03/16/2020 | $146.80 | 845081 | | 04/20/2020 | $73.42 | 847023 |
| | 05/18/2020 | $69.68 | 848913 | | 07/20/2020 | $141.30 | 852402 |
| | 08/17/2020 | $71.63 | 854267 | | 09/21/2020 | $433.08 | 856083 |
| | 11/16/2020 | $71.62 | 859757 | | 12/21/2020 | $71.62 | 861581 |
| | 01/11/2021 | $71.61 | 863358 | | 02/22/2021 | $71.64 | 865053 |
| | 03/15/2021 | $71.63 | 866891 | | 04/19/2021 | $71.62 | 868587 |
| | 05/17/2021 | $71.62 | 870484 | | 06/21/2021 | $71.63 | 872295 |
| | 07/19/2021 | $580.03 | 874087 | | 08/16/2021 | $72.79 | 875770 |
| | 09/20/2021 | $72.78 | 877513 | | 10/18/2021 | $72.79 | 879282 |
| LVNV FUNDING LLC | | | | | | | |
| | 06/17/2019 | $12.34 | 827740 | | 06/17/2019 | $12.66 | 827740 |
| | 07/15/2019 | $13.09 | 829590 | | 07/15/2019 | $12.76 | 829590 |
| | 08/19/2019 | $12.77 | 831585 | | 08/19/2019 | $13.10 | 831585 |
| | 09/16/2019 | $13.07 | 833588 | | 09/16/2019 | $12.76 | 833588 |
| | 10/21/2019 | $13.09 | 835619 | | 10/21/2019 | $13.45 | 835619 |
| | 11/18/2019 | $12.93 | 837689 | | 11/18/2019 | $12.61 | 837689 |
| | 12/16/2019 | $12.60 | 839606 | | 12/16/2019 | $12.92 | 839606 |
| | 02/10/2020 | $12.93 | 843374 | | 02/10/2020 | $12.61 | 843374 |
| | 03/16/2020 | $25.21 | 845292 | | 03/16/2020 | $25.85 | 845292 |
| | 04/20/2020 | $12.93 | 847233 | | 04/20/2020 | $12.60 | 847233 |
| | 05/18/2020 | $11.96 | 849089 | | 05/18/2020 | $12.28 | 849089 |
| | 07/20/2020 | $24.89 | 852601 | | 07/20/2020 | $24.26 | 852601 |
| | 08/17/2020 | $12.30 | 854459 | | 08/17/2020 | $12.60 | 854459 |
| | 09/21/2020 | $76.27 | 856296 | | 09/21/2020 | $74.36 | 856296 |
| | 11/16/2020 | $12.30 | 859945 | | 11/16/2020 | $12.62 | 859945 |
| | 12/21/2020 | $12.61 | 861781 | | 12/21/2020 | $12.30 | 861781 |
| | 01/11/2021 | $12.29 | 863538 | | 01/11/2021 | $12.62 | 863538 |
| | 02/22/2021 | $12.61 | 865282 | | 02/22/2021 | $12.30 | 865282 |
| | 03/15/2021 | $12.29 | 867079 | | 03/15/2021 | $12.62 | 867079 |
| | 04/19/2021 | $12.61 | 868810 | | 04/19/2021 | ($12.61) | 868810 |
| | 04/19/2021 | $12.61 | 869686 | | 04/19/2021 | $12.31 | 868810 |
| | 04/19/2021 | ($12.31) | 868810 | | 04/19/2021 | $12.31 | 869686 |
| | 05/17/2021 | $12.29 | 870698 | | 05/17/2021 | $12.61 | 870698 |
| | 06/21/2021 | $12.62 | 872502 | | 06/21/2021 | $12.29 | 872502 |
| | 07/19/2021 | $99.61 | 874279 | | 07/19/2021 | $102.15 | 874279 |
| | 08/16/2021 | $12.82 | 875972 | | 08/16/2021 | $12.48 | 875972 |
| | 09/20/2021 | $12.51 | 877723 | | 09/20/2021 | $12.82 | 877723 |
| | 10/18/2021 | $12.83 | 879469 | | 10/18/2021 | $12.49 | 879469 |
| MERRICK BANK | | | | | | | |
| | 06/17/2019 | $36.87 | 827768 | | 07/15/2019 | $38.12 | 829626 |
| | 08/19/2019 | $38.14 | 831624 | | 09/16/2019 | $38.12 | 833623 |
| | 10/21/2019 | $39.13 | 835656 | | 11/18/2019 | $37.65 | 837725 |
| | 12/16/2019 | $37.64 | 839634 | | 02/10/2020 | $37.65 | 843410 |
| | 03/16/2020 | $75.30 | 845327 | | 04/20/2020 | $37.66 | 847268 |
| | 05/18/2020 | $35.75 | 849118 | | 07/20/2020 | $72.48 | 852632 |
| | 08/17/2020 | $36.74 | 854490 | | 09/21/2020 | $222.15 | 856328 |
| | 11/16/2020 | $36.73 | 859975 | | 12/21/2020 | $36.74 | 861814 |
| | 01/11/2021 | $36.73 | 863565 | | 02/22/2021 | $36.75 | 865319 |
| | 03/15/2021 | $36.74 | 867108 | | 04/19/2021 | $36.73 | 868845 |
| | 05/17/2021 | $36.74 | 870721 | | 06/21/2021 | $36.74 | 872532 |
| | 07/19/2021 | $297.52 | 874308 | | 08/16/2021 | $37.34 | 875999 |
| | 09/20/2021 | $37.33 | 877756 | | 10/18/2021 | $37.34 | 879500 |

**Chapter 13 Case # 17-32816**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| MIDLAND FUNDING LLC | | | | | | |
| | 06/17/2019 | $13.84 | 826837 | 07/15/2019 | $14.33 | 828704 |
| | 08/19/2019 | $14.30 | 830572 | 09/16/2019 | $14.32 | 832660 |
| | 10/21/2019 | $14.69 | 834616 | 11/18/2019 | $14.14 | 836739 |
| | 12/16/2019 | $14.15 | 838677 | 02/10/2020 | $14.13 | 842441 |
| | 03/16/2020 | $28.28 | 844311 | 04/20/2020 | $14.14 | 846258 |
| | 05/18/2020 | $13.42 | 848232 | 07/20/2020 | $27.22 | 851666 |
| | 08/17/2020 | $13.79 | 853557 | 09/21/2020 | $83.42 | 855326 |
| | 11/16/2020 | $13.79 | 859053 | 12/21/2020 | $13.79 | 860810 |
| | 01/11/2021 | $13.81 | 862722 | 02/22/2021 | $13.79 | 864238 |
| | 03/15/2021 | $13.79 | 866230 | 04/19/2021 | $13.80 | 867782 |
| | 05/17/2021 | $13.79 | 869746 | 06/21/2021 | $13.80 | 871504 |
| | 07/19/2021 | $111.72 | 873369 | 08/16/2021 | $14.02 | 875058 |
| | 09/20/2021 | $14.02 | 876778 | 10/18/2021 | $14.02 | 878578 |

**Chapter 13 Case # 17-32816**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | |
| | 06/17/2019 | $8.45 | 8001069 | 06/17/2019 | $6.30 | 8001069 |
| | 06/17/2019 | $13.55 | 8001069 | 06/17/2019 | $22.33 | 8001069 |
| | 06/17/2019 | $5.03 | 8001069 | 06/17/2019 | $5.90 | 8001069 |
| | 06/17/2019 | $5.19 | 8001069 | 07/15/2019 | $5.36 | 8001114 |
| | 07/15/2019 | $6.10 | 8001114 | 07/15/2019 | $5.20 | 8001114 |
| | 07/15/2019 | $23.11 | 8001114 | 07/15/2019 | $14.01 | 8001114 |
| | 07/15/2019 | $6.51 | 8001114 | 07/15/2019 | $8.17 | 8001114 |
| | 07/15/2019 | $6.06 | 8001114 | 07/15/2019 | $8.75 | 8001114 |
| | 07/15/2019 | $5.30 | 8001114 | 08/19/2019 | $8.73 | 8001156 |
| | 08/19/2019 | $6.52 | 8001156 | 08/19/2019 | $13.99 | 8001156 |
| | 08/19/2019 | $23.07 | 8001156 | 08/19/2019 | $5.19 | 8001156 |
| | 08/19/2019 | $6.09 | 8001156 | 08/19/2019 | $5.37 | 8001156 |
| | 09/16/2019 | $5.37 | 8001195 | 09/16/2019 | $6.10 | 8001195 |
| | 09/16/2019 | $5.21 | 8001195 | 09/16/2019 | $23.12 | 8001195 |
| | 09/16/2019 | $14.03 | 8001195 | 09/16/2019 | $6.52 | 8001195 |
| | 09/16/2019 | $6.17 | 8001195 | 09/16/2019 | $8.31 | 8001195 |
| | 09/16/2019 | $8.75 | 8001195 | 09/16/2019 | $5.39 | 8001195 |
| | 10/21/2019 | $8.97 | 8001239 | 10/21/2019 | $6.68 | 8001239 |
| | 10/21/2019 | $14.37 | 8001239 | 10/21/2019 | $23.70 | 8001239 |
| | 10/21/2019 | $5.34 | 8001239 | 10/21/2019 | $6.25 | 8001239 |
| | 10/21/2019 | $5.49 | 8001239 | 11/18/2019 | $5.31 | 8001282 |
| | 11/18/2019 | $6.02 | 8001282 | 11/18/2019 | $5.13 | 8001282 |
| | 11/18/2019 | $22.81 | 8001282 | 11/18/2019 | $13.83 | 8001282 |
| | 11/18/2019 | $6.43 | 8001282 | 11/18/2019 | $8.35 | 8001282 |
| | 11/18/2019 | $6.20 | 8001282 | 11/18/2019 | $8.64 | 8001282 |
| | 11/18/2019 | $5.43 | 8001282 | 12/16/2019 | $8.63 | 8001325 |
| | 12/16/2019 | $6.44 | 8001325 | 12/16/2019 | $13.83 | 8001325 |
| | 12/16/2019 | $22.81 | 8001325 | 12/16/2019 | $5.14 | 8001325 |
| | 12/16/2019 | $6.03 | 8001325 | 12/16/2019 | $5.30 | 8001325 |
| | 02/10/2020 | $5.30 | 8001405 | 02/10/2020 | $6.02 | 8001405 |
| | 02/10/2020 | $5.12 | 8001405 | 02/10/2020 | $22.81 | 8001405 |
| | 02/10/2020 | $13.84 | 8001405 | 02/10/2020 | $6.43 | 8001405 |
| | 02/10/2020 | $6.09 | 8001405 | 02/10/2020 | $8.20 | 8001405 |
| | 02/10/2020 | $8.64 | 8001405 | 02/10/2020 | $5.32 | 8001405 |
| | 03/16/2020 | $5.32 | 8001443 | 03/16/2020 | $17.27 | 8001443 |
| | 03/16/2020 | $8.21 | 8001443 | 03/16/2020 | $6.09 | 8001443 |
| | 03/16/2020 | $12.88 | 8001443 | 03/16/2020 | $27.67 | 8001443 |
| | 03/16/2020 | $45.62 | 8001443 | 03/16/2020 | $10.28 | 8001443 |
| | 03/16/2020 | $12.04 | 8001443 | 03/16/2020 | $10.60 | 8001443 |
| | 04/20/2020 | $5.28 | 8001482 | 04/20/2020 | $6.01 | 8001482 |
| | 04/20/2020 | $5.13 | 8001482 | 04/20/2020 | $22.81 | 8001482 |
| | 04/20/2020 | $13.83 | 8001482 | 04/20/2020 | $6.43 | 8001482 |
| | 04/20/2020 | $8.62 | 8001482 | 05/18/2020 | $8.19 | 8001532 |
| | 05/18/2020 | $5.19 | 8001532 | 05/18/2020 | $6.10 | 8001532 |
| | 05/18/2020 | $5.93 | 8001532 | 05/18/2020 | $7.99 | 8001532 |
| | 05/18/2020 | $13.14 | 8001532 | 05/18/2020 | $21.65 | 8001532 |
| | 05/18/2020 | $5.72 | 8001532 | 05/18/2020 | $5.04 | 8001532 |
| | 07/20/2020 | $10.20 | 8001651 | 07/20/2020 | $11.59 | 8001651 |
| | 07/20/2020 | $43.91 | 8001651 | 07/20/2020 | $14.76 | 8001651 |
| | 07/20/2020 | $26.63 | 8001651 | 07/20/2020 | $7.89 | 8001651 |
| | 07/20/2020 | $5.86 | 8001651 | 07/20/2020 | $12.40 | 8001651 |
| | 07/20/2020 | $5.12 | 8001651 | 07/20/2020 | $16.63 | 8001651 |
| | 08/17/2020 | $8.42 | 8001715 | 08/17/2020 | $6.26 | 8001715 |
| | 08/17/2020 | $13.50 | 8001715 | 08/17/2020 | $5.01 | 8001715 |
| | 08/17/2020 | $22.25 | 8001715 | 08/17/2020 | $5.88 | 8001715 |
| | 08/17/2020 | $5.17 | 8001715 | 09/21/2020 | $31.26 | 8001772 |
| | 09/21/2020 | $35.52 | 8001772 | 09/21/2020 | $134.58 | 8001772 |
| | 09/21/2020 | $30.29 | 8001772 | 09/21/2020 | $81.61 | 8001772 |

**Chapter 13 Case # 17-32816**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| | 09/21/2020 | $37.97 | 8001772 | 09/21/2020 | $20.93 | 8001772 |
| | 09/21/2020 | $28.20 | 8001772 | 09/21/2020 | $50.93 | 8001772 |
| | 09/21/2020 | $18.30 | 8001772 | 11/16/2020 | $8.43 | 8001892 |
| | 11/16/2020 | $6.28 | 8001892 | 11/16/2020 | $13.50 | 8001892 |
| | 11/16/2020 | $5.01 | 8001892 | 11/16/2020 | $22.26 | 8001892 |
| | 11/16/2020 | $5.88 | 8001892 | 11/16/2020 | $5.17 | 8001892 |
| | 12/21/2020 | $5.17 | 8001947 | 12/21/2020 | $5.87 | 8001947 |
| | 12/21/2020 | $22.26 | 8001947 | 12/21/2020 | $5.02 | 8001947 |
| | 12/21/2020 | $13.50 | 8001947 | 12/21/2020 | $6.28 | 8001947 |
| | 12/21/2020 | $8.00 | 8001947 | 12/21/2020 | $5.94 | 8001947 |
| | 12/21/2020 | $8.42 | 8001947 | 12/21/2020 | $5.20 | 8001947 |
| | 01/11/2021 | $8.43 | 8002011 | 01/11/2021 | $6.28 | 8002011 |
| | 01/11/2021 | $13.51 | 8002011 | 01/11/2021 | $5.01 | 8002011 |
| | 01/11/2021 | $22.25 | 8002011 | 01/11/2021 | $5.87 | 8002011 |
| | 01/11/2021 | $5.17 | 8002011 | 02/22/2021 | $5.17 | 8002065 |
| | 02/22/2021 | $5.88 | 8002065 | 02/22/2021 | $22.25 | 8002065 |
| | 02/22/2021 | $5.00 | 8002065 | 02/22/2021 | $13.48 | 8002065 |
| | 02/22/2021 | $6.27 | 8002065 | 02/22/2021 | $5.94 | 8002065 |
| | 02/22/2021 | $8.01 | 8002065 | 02/22/2021 | $8.42 | 8002065 |
| | 02/22/2021 | $5.19 | 8002065 | 03/15/2021 | $8.43 | 8002123 |
| | 03/15/2021 | $6.28 | 8002123 | 03/15/2021 | $13.51 | 8002123 |
| | 03/15/2021 | $5.01 | 8002123 | 03/15/2021 | $22.26 | 8002123 |
| | 03/15/2021 | $5.87 | 8002123 | 03/15/2021 | $5.17 | 8002123 |
| | 04/19/2021 | $5.17 | 8002171 | 04/19/2021 | $5.88 | 8002171 |
| | 04/19/2021 | $22.26 | 8002171 | 04/19/2021 | $5.02 | 8002171 |
| | 04/19/2021 | $13.49 | 8002171 | 04/19/2021 | $6.28 | 8002171 |
| | 04/19/2021 | $8.00 | 8002171 | 04/19/2021 | $5.94 | 8002171 |
| | 04/19/2021 | $8.42 | 8002171 | 04/19/2021 | $5.19 | 8002171 |
| | 05/17/2021 | $8.42 | 8002234 | 05/17/2021 | $6.28 | 8002234 |
| | 05/17/2021 | $13.51 | 8002234 | 05/17/2021 | $5.00 | 8002234 |
| | 05/17/2021 | $22.26 | 8002234 | 05/17/2021 | $5.88 | 8002234 |
| | 05/17/2021 | $5.16 | 8002234 | 06/21/2021 | $5.18 | 8002277 |
| | 06/21/2021 | $5.86 | 8002277 | 06/21/2021 | $22.25 | 8002277 |
| | 06/21/2021 | $5.01 | 8002277 | 06/21/2021 | $13.49 | 8002277 |
| | 06/21/2021 | $6.28 | 8002277 | 06/21/2021 | $5.93 | 8002277 |
| | 06/21/2021 | $8.00 | 8002277 | 06/21/2021 | $8.43 | 8002277 |
| | 06/21/2021 | $5.20 | 8002277 | 07/19/2021 | $21.03 | 8002330 |
| | 07/19/2021 | $68.22 | 8002330 | 07/19/2021 | $32.41 | 8002330 |
| | 07/19/2021 | $24.06 | 8002330 | 07/19/2021 | $50.84 | 8002330 |
| | 07/19/2021 | $109.32 | 8002330 | 07/19/2021 | $40.58 | 8002330 |
| | 07/19/2021 | $180.24 | 8002330 | 07/19/2021 | $47.59 | 8002330 |
| | 07/19/2021 | $41.87 | 8002330 | 08/16/2021 | $5.25 | 8002383 |
| | 08/16/2021 | $5.96 | 8002383 | 08/16/2021 | $22.62 | 8002383 |
| | 08/16/2021 | $5.09 | 8002383 | 08/16/2021 | $13.72 | 8002383 |
| | 08/16/2021 | $6.37 | 8002383 | 08/16/2021 | $8.56 | 8002383 |
| | 09/20/2021 | $8.56 | 8002432 | 09/20/2021 | $5.28 | 8002432 |
| | 09/20/2021 | $6.39 | 8002432 | 09/20/2021 | $6.04 | 8002432 |
| | 09/20/2021 | $8.14 | 8002432 | 09/20/2021 | $13.72 | 8002432 |
| | 09/20/2021 | $5.09 | 8002432 | 09/20/2021 | $22.62 | 8002432 |
| | 09/20/2021 | $5.98 | 8002432 | 09/20/2021 | $5.25 | 8002432 |
| | 10/18/2021 | $5.25 | 8002481 | 10/18/2021 | $5.96 | 8002481 |
| | 10/18/2021 | $22.62 | 8002481 | 10/18/2021 | $5.09 | 8002481 |
| | 10/18/2021 | $13.71 | 8002481 | 10/18/2021 | $6.38 | 8002481 |
| | 10/18/2021 | $8.56 | 8002481 | | | |

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| QUANTUM3 GROUP LLC | | | | | | | |
| | 06/17/2019 | $12.16 | 827965 | | 06/17/2019 | $20.28 | 827961 |
| | 06/17/2019 | $18.57 | 827961 | | 07/15/2019 | $19.20 | 829825 |
| | 07/15/2019 | $20.97 | 829825 | | 07/15/2019 | $12.57 | 829830 |
| | 08/19/2019 | $12.58 | 831842 | | 08/19/2019 | $20.98 | 831837 |
| | 08/19/2019 | $19.20 | 831837 | | 08/19/2019 | $5.59 | 831842 |
| | 08/19/2019 | $6.41 | 831842 | | 09/16/2019 | $19.20 | 833836 |
| | 09/16/2019 | $20.97 | 833836 | | 09/16/2019 | $12.58 | 833840 |
| | 10/21/2019 | $12.90 | 835887 | | 10/21/2019 | $21.52 | 835883 |
| | 10/21/2019 | $19.69 | 835883 | | 11/18/2019 | $18.97 | 837940 |
| | 11/18/2019 | $20.71 | 837940 | | 11/18/2019 | $12.42 | 837944 |
| | 11/18/2019 | $6.51 | 837944 | | 11/18/2019 | $5.69 | 837944 |
| | 12/16/2019 | $12.42 | 839843 | | 12/16/2019 | $20.70 | 839843 |
| | 12/16/2019 | $18.96 | 839843 | | 02/10/2020 | $18.96 | 8001409 |
| | 02/10/2020 | $20.72 | 8001409 | | 02/10/2020 | $12.42 | 8001409 |
| | 03/16/2020 | $24.84 | 8001445 | | 03/16/2020 | $41.42 | 8001445 |
| | 03/16/2020 | $37.92 | 8001445 | | 03/16/2020 | $7.44 | 8001445 |
| | 03/16/2020 | $8.54 | 8001445 | | 04/20/2020 | $18.96 | 8001484 |
| | 04/20/2020 | $20.71 | 8001484 | | 04/20/2020 | $12.42 | 8001484 |
| | 05/18/2020 | $11.79 | 8001535 | | 05/18/2020 | $19.66 | 8001535 |
| | 05/18/2020 | $18.00 | 8001535 | | 07/20/2020 | $36.50 | 8001652 |
| | 07/20/2020 | $39.87 | 8001652 | | 07/20/2020 | $23.91 | 8001652 |
| | 07/20/2020 | $8.26 | 8001652 | | 07/20/2020 | $7.21 | 8001652 |
| | 08/17/2020 | $12.12 | 8001712 | | 08/17/2020 | $20.21 | 8001712 |
| | 08/17/2020 | $18.51 | 8001712 | | 09/21/2020 | $111.86 | 8001771 |
| | 09/21/2020 | $122.19 | 8001771 | | 09/21/2020 | $73.27 | 8001771 |
| | 09/21/2020 | $12.81 | 8001771 | | 09/21/2020 | $14.67 | 8001771 |
| | 11/16/2020 | $12.12 | 8001891 | | 11/16/2020 | $20.21 | 8001891 |
| | 11/16/2020 | $18.50 | 8001891 | | 12/21/2020 | $18.50 | 8001948 |
| | 12/21/2020 | $20.21 | 8001948 | | 12/21/2020 | $12.12 | 8001948 |
| | 01/11/2021 | $12.12 | 8002006 | | 01/11/2021 | $20.20 | 8002006 |
| | 01/11/2021 | $18.50 | 8002006 | | 01/11/2021 | $6.24 | 8002006 |
| | 01/11/2021 | $5.45 | 8002006 | | 02/22/2021 | $18.50 | 8002066 |
| | 02/22/2021 | $20.21 | 8002066 | | 02/22/2021 | $12.11 | 8002066 |
| | 03/15/2021 | $12.11 | 8002122 | | 03/15/2021 | $20.21 | 8002122 |
| | 03/15/2021 | $18.51 | 8002122 | | 04/19/2021 | $18.49 | 8002172 |
| | 04/19/2021 | $20.21 | 8002172 | | 04/19/2021 | $12.13 | 8002172 |
| | 04/19/2021 | $5.44 | 8002172 | | 04/19/2021 | $6.25 | 8002172 |
| | 05/17/2021 | $12.11 | 8002226 | | 05/17/2021 | $20.20 | 8002226 |
| | 05/17/2021 | $18.50 | 8002226 | | 06/21/2021 | $18.51 | 8002274 |
| | 06/21/2021 | $20.22 | 8002274 | | 06/21/2021 | $12.12 | 8002274 |
| | 07/19/2021 | $98.14 | 8002327 | | 07/19/2021 | $163.65 | 8002327 |
| | 07/19/2021 | $149.82 | 8002327 | | 07/19/2021 | $21.02 | 8002327 |
| | 07/19/2021 | $18.35 | 8002327 | | 08/16/2021 | $18.80 | 8002379 |
| | 08/16/2021 | $20.54 | 8002379 | | 08/16/2021 | $12.31 | 8002379 |
| | 09/20/2021 | $12.31 | 8002429 | | 09/20/2021 | $20.53 | 8002429 |
| | 09/20/2021 | $18.80 | 8002429 | | 10/18/2021 | $18.80 | 8002478 |
| | 10/18/2021 | $20.54 | 8002478 | | 10/18/2021 | $12.32 | 8002478 |
| | 10/18/2021 | $5.53 | 8002478 | | 10/18/2021 | $6.34 | 8002478 |
| SPECIALIZED LOAN SERVICING LLC | | | | | | | |
| | 03/18/2019 | $530.49 | 822074 | | 04/15/2019 | $530.48 | 824097 |
| | 05/20/2019 | $530.49 | 826120 | | 06/17/2019 | $17.85 | 828071 |
| T-MOBILE | | | | | | | |
| | 08/19/2019 | $7.33 | 832262 | | 10/21/2019 | $5.00 | 836309 |
| | 02/10/2020 | $7.31 | 843954 | | 04/20/2020 | $7.32 | 847861 |
| | 07/20/2020 | $7.00 | 853188 | | 09/21/2020 | $16.76 | 856884 |
| | 01/11/2021 | $7.14 | 863984 | | 04/19/2021 | $7.13 | 869404 |
| | 07/19/2021 | $24.03 | 874779 | | 10/18/2021 | $7.25 | 880005 |

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| TD BANK NA | | | | | | |
| | 06/17/2019 | $40.75 | 828347 | 06/17/2019 | $141.74 | 827029 |
| | 07/15/2019 | $146.56 | 828888 | 07/15/2019 | $42.14 | 830210 |
| | 08/19/2019 | $42.16 | 832268 | 08/19/2019 | $146.62 | 830779 |
| | 09/16/2019 | $146.57 | 832849 | 09/16/2019 | $42.14 | 834216 |
| | 10/21/2019 | $43.24 | 836317 | 10/21/2019 | $150.41 | 834810 |
| | 11/18/2019 | $144.75 | 836913 | 11/18/2019 | $41.62 | 838332 |
| | 12/16/2019 | $41.61 | 840201 | 12/16/2019 | $144.75 | 838850 |
| | 02/10/2020 | $144.75 | 842606 | 02/10/2020 | $41.62 | 843960 |
| | 03/16/2020 | $83.23 | 845913 | 03/16/2020 | $289.49 | 844482 |
| | 04/20/2020 | $144.77 | 846427 | 04/20/2020 | $41.63 | 847867 |
| | 05/18/2020 | $39.52 | 849635 | 05/18/2020 | $137.43 | 848389 |
| | 07/20/2020 | $278.65 | 851827 | 07/20/2020 | $80.12 | 853194 |
| | 08/17/2020 | $40.60 | 855009 | 08/17/2020 | $141.24 | 853713 |
| | 09/21/2020 | $854.03 | 855482 | 09/21/2020 | $245.55 | 856888 |
| | 11/16/2020 | $40.61 | 860487 | 11/16/2020 | $141.25 | 859191 |
| | 12/21/2020 | $141.24 | 860966 | 12/21/2020 | $40.61 | 862381 |
| | 01/11/2021 | $40.60 | 863989 | 01/11/2021 | $141.21 | 862848 |
| | 02/22/2021 | $141.26 | 864390 | 02/22/2021 | $40.61 | 865913 |
| | 03/15/2021 | $40.61 | 867530 | 03/15/2021 | $141.26 | 866353 |
| | 04/19/2021 | $141.22 | 867917 | 04/19/2021 | $40.60 | 869407 |
| | 05/17/2021 | $40.62 | 871209 | 05/17/2021 | $141.26 | 869872 |
| | 06/21/2021 | $141.23 | 871630 | 06/21/2021 | $40.60 | 873064 |
| | 07/19/2021 | $328.87 | 874782 | 07/19/2021 | $1,143.83 | 873488 |
| | 08/16/2021 | $143.56 | 875171 | 08/16/2021 | $41.27 | 876502 |
| | 09/20/2021 | $41.26 | 878278 | 09/20/2021 | $143.52 | 876893 |
| | 10/18/2021 | $143.54 | 878684 | 10/18/2021 | $41.28 | 880007 |
| TD BANK USA NA | | | | | | |
| | 06/17/2019 | $13.87 | 828351 | 07/15/2019 | $14.34 | 830214 |
| | 08/19/2019 | $14.35 | 832272 | 09/16/2019 | $14.34 | 834220 |
| | 10/21/2019 | $14.72 | 836321 | 11/18/2019 | $14.16 | 838334 |
| | 12/16/2019 | $14.16 | 840203 | 02/10/2020 | $14.17 | 843962 |
| | 03/16/2020 | $28.33 | 845915 | 04/20/2020 | $14.16 | 847869 |
| | 05/18/2020 | $13.45 | 849637 | 07/20/2020 | $27.27 | 853196 |
| | 08/17/2020 | $13.82 | 855011 | 09/21/2020 | $83.57 | 856890 |
| | 11/16/2020 | $13.82 | 860489 | 12/21/2020 | $13.82 | 862383 |
| | 01/11/2021 | $13.82 | 863991 | 02/22/2021 | $13.82 | 865915 |
| | 03/15/2021 | $13.81 | 867532 | 04/19/2021 | $13.82 | 869410 |
| | 05/17/2021 | $13.83 | 871212 | 06/21/2021 | $13.81 | 873067 |
| | 07/19/2021 | $111.94 | 874785 | 08/16/2021 | $14.04 | 876505 |
| | 09/20/2021 | $14.04 | 878281 | 10/18/2021 | $14.05 | 880010 |
| VERIZON BY AMERICAN INFOSOURCE LP | | | | | | |
| | 06/17/2019 | $6.19 | 828466 | 07/15/2019 | $6.40 | 830340 |
| | 08/19/2019 | $6.39 | 832418 | 09/16/2019 | $6.40 | 834358 |
| | 10/21/2019 | $6.56 | 836461 | 10/21/2019 | $5.43 | 836461 |
| | 11/18/2019 | $6.32 | 838459 | 12/16/2019 | $6.32 | 840326 |
| | 02/10/2020 | $6.31 | 844091 | 03/16/2020 | $12.65 | 846046 |
| | 03/16/2020 | $5.38 | 846046 | 04/20/2020 | $6.31 | 848012 |
| | 05/18/2020 | $6.00 | 849756 | 07/20/2020 | $12.16 | 853339 |
| | 08/17/2020 | $6.17 | 855147 | 08/17/2020 | $5.22 | 855147 |
| | 09/21/2020 | $6.33 | 857048 | 09/21/2020 | $37.27 | 857048 |
| | 11/16/2020 | $6.16 | 860628 | 12/21/2020 | $6.17 | 862542 |
| | 01/11/2021 | $6.17 | 864101 | 02/22/2021 | $6.16 | 866070 |
| | 03/15/2021 | $6.16 | 867644 | 03/15/2021 | $5.25 | 867644 |
| | 04/19/2021 | $6.17 | 869557 | 05/17/2021 | $6.17 | 871349 |
| | 06/21/2021 | $6.16 | 873206 | 07/19/2021 | $49.92 | 874914 |
| | 07/19/2021 | $11.63 | 874914 | 08/16/2021 | $6.27 | 876624 |
| | 09/20/2021 | $6.26 | 878418 | 10/18/2021 | $6.26 | 880148 |

**Chapter 13 Case # 17-32816**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| WELLS FARGO BANK NA | | | | | | | |
| | 08/20/2018 | $175.42 | 809057 | | 09/17/2018 | $545.67 | 810933 |
| | 10/22/2018 | $545.67 | 812903 | | 11/19/2018 | $530.48 | 814795 |
| | 12/17/2018 | $530.48 | 816702 | | 01/14/2019 | $530.49 | 818616 |
| | 02/11/2019 | $530.48 | 820533 | | | | |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: November 08, 2021.

Receipts: $32,359.65   -   Paid to Claims: $28,301.63   -   Admin Costs Paid: $3,472.50   =   Funds on Hand: $585.52

Base Plan Amount: $32,350.00   -   Receipts: $32,359.65   =   Total Unpaid Balance: **($9.65)

**NOTE**: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.