UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
Trevor A. Bloise

Case No.

Chapter:

Judge:

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, __Trevor A. Bloise__, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒  I am not required to pay domestic support obligations.

   ☐  I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 12/28/2021

Trevor A. Bloise
Debtor's Signature

**IMPORTANT:**
- Each debtor in a joint case must file separate Certifications in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a **completed** Certification in Support of Discharge.

rev.8/1/18