**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Trevor A. Bloise | Social Security number or ITIN  xxx–xx–4098 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–32816–RG | |

# Order of Discharge                                                                                                          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Trevor A. Bloise

1/24/22                                                              **By the court:** Rosemary Gambardella
                                                                                                      United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Trevor A. Bloise  
    Debtor

Case No. 17-32816-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 5  
Date Rcvd: Jan 24, 2022     Form ID: 3180W     Total Noticed: 88

The following symbols are used throughout this certificate:  
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Trevor A. Bloise, 266 South Burnet Street, East Orange, NJ 07018-2503 |
| 517171204 | + | Bloomingdales, c/o Northland Group, PO Box 390905, Minneapolis, MN 55439-0905 |
| 517171211 | + | Clara Mass Medical Center, c/o BCA Financial Services, Inc., 18001 Old Cutler Road, Suite 462, Miami, FL 33157-6437 |
| 518701101 | + | Federal Home Loan Mortgage Corporation, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 518661367 | + | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 518661368 | + | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, Federal Home Loan Mortgage Corporation, Serviced by Select Portfolio Servicing, |
| 517171221 | + | Kohl's, c/o Northland Group, PO Box 390846, Minneapolis, MN 55439-0846 |
| 517171224 | + | Northland Group Inc., PO Box 390905, Minneapolis, MN 55439-0905 |
| 517171228 | + | Selip & Stylianou LLP, 199 Crossways Park Drive, PO Box 363, Woodbury, NY 11797-0363 |
| 518041882 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518041883 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300 Highlands Ranch, Colorado 80129-2386 |
| 517171240 | + | TD Bank NA, Attn: President, 2035 Limestone Road, Wilmington, DE 19808-5529 |
| 517321285 | + | TD Bank, N.A., Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |
| 517370961 | + | TD Bank, N.A., c/o Schiller Knapp Lefkowitz Hertzel LLP, 30 Montgomery Street, Suite 1205, Jersey City, NJ 07302-3835 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 24 2022 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 24 2022 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: RMSC.COM | Jan 25 2022 01:33:00 | Synchrony Bank, c/o PRA Recievables Management, LL, POB 41021, Norfolk, VA 23541-1021 |
| 517171202 | + | EDI: CINGMIDLAND.COM | Jan 25 2022 01:33:00 | AT&T Mobility, PO Box 537104, Atlanta, GA 30353-7104 |
| 517380780 | + | EDI: CINGMIDLAND.COM | Jan 25 2022 01:33:00 | AT&T Mobility II LLC, One AT&T Way Room 3A104, Bedminster NJ 07921-2693 |
| 517171199 | + | Email/PDF: bncnotices@becket-lee.com | Jan 24 2022 20:33:19 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 517345059 | | Email/PDF: bncnotices@becket-lee.com | Jan 24 2022 20:33:01 | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517171200 | + | Email/PDF: bncnotices@becket-lee.com | Jan 24 2022 20:33:11 | Americn Express, PO Box 1270, Newark, NJ 07101-1270 |
| 517171201 | + | EDI: AMSHER.COM | Jan 25 2022 01:33:00 | Amsher Collection Services, 4524 Southlake Parkway, Suite 15, Birmingham, AL 35244-3271 |

Case 17-32816-RG    Doc 96    Filed 01/26/22    Entered 01/27/22 00:14:55    Desc Imaged
                              Certificate of Notice    Page 4 of 7

| District/off: 0312-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jan 24, 2022 | Form ID: 3180W | Total Noticed: 88 |

| | | | | |
|---|---|---|---|---|
| 517193240 | + | EDI: AISACG.COM | Jan 25 2022 01:33:00 | BMW Bank of North America, AIS Portfolio Services, LP, P.O. Box 165028, Irving, TX 75016-5028 |
| 517171205 | | EDI: BMW.COM | Jan 25 2022 01:33:00 | BMW Financial Services, PO Box 3608, Dublin, OH 43016 |
| 517252389 | | EDI: BMW.COM | Jan 25 2022 01:33:00 | BMW Financial Services NA, LLC, P.O. Box 3608, Dublin, OH 43016 |
| 517171206 | + | EDI: RMSC.COM | Jan 25 2022 01:33:00 | BP Visa/SYNCB, PO Box 530942, Atlanta, GA 30353-0942 |
| 517171203 | + | EDI: CITICORP.COM | Jan 25 2022 01:33:00 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 517171207 | + | EDI: CAPITALONE.COM | Jan 25 2022 01:33:00 | CAP 1/L&T, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 517171208 | + | Email/Text: cms-bk@cms-collect.com | Jan 24 2022 20:30:00 | Capital Management Services, LP, 698 1/2 South Odgen Street, Buffalo, NY 14206-2317 |
| 517171212 | + | Email/Text: ebn@rwjbh.org | Jan 24 2022 20:31:00 | Clara Mass Medical Center, PO Box 29948, New York, NY 10087-9948 |
| 517171213 | | Email/PDF: DellBKNotifications@resurgent.com | Jan 24 2022 20:33:05 | Dell Financial Services, c/o DFS Customer Care Department, PO Box 81577, Austin, TX 78708 |
| 517171214 | | Email/PDF: DellBKNotifications@resurgent.com | Jan 24 2022 20:33:20 | Dell Preferred Account, Payment Processing Center, PO Box 6403, Carol Stream, IL 60197 |
| 517171216 | | EDI: DISCOVER.COM | Jan 25 2022 01:33:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 517171222 | + | EDI: CITICORP.COM | Jan 25 2022 01:33:00 | Macys, PO Box 8218, Mason, OH 45040 |
| 517318474 | | EDI: Q3G.COM | Jan 25 2022 01:33:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517171215 | + | EDI: DISCOVER.COM | Jan 25 2022 01:33:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 517190638 | | EDI: DISCOVER.COM | Jan 25 2022 01:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 517189407 | + | EDI: DISCOVERPL | Jan 25 2022 01:33:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 517171217 | + | EDI: DISCOVERPL | Jan 25 2022 01:33:00 | Discover Personal Loans, PO Box 6105, Carol Stream, IL 60197-6105 |
| 517171218 | + | EDI: CRFRSTNA.COM | Jan 25 2022 01:33:00 | Firestone Complete Auto Care, Credit First N.A., PO Box 81344, Cleveland, OH 44188-0001 |
| 517171219 | + | Email/Text: bankruptcy@affglo.com | Jan 24 2022 20:30:00 | Global Credit & Collection Corp, PO Box 129, Linden, MI 48451-0129 |
| 517171220 | + | EDI: CITICORP.COM | Jan 25 2022 01:33:00 | Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 517171209 | | EDI: JPMORGANCHASE | Jan 25 2022 01:33:00 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 517171210 | | EDI: JPMORGANCHASE | Jan 25 2022 01:33:00 | Chase Card Services, PO Box 15298, Wilmington, DE 19850 |
| 517171197 | | EDI: JPMORGANCHASE | Jan 25 2022 01:33:00 | Amazon Credit Cards from Chase, Cardmember Service, PO Box 1423, Charlotte, NC 28201 |
| 517171198 | | EDI: JPMORGANCHASE | Jan 25 2022 01:33:00 | Amazon Credit Cards from Chase, PO Box 15123, Wilmington, DE 19850 |
| 517386156 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 24 2022 20:33:06 | LVNV Funding, LLC its successors and assigns |

Case 17-32816-RG   Doc 96   Filed 01/26/22   Entered 01/27/22 00:14:55   Desc Imaged
Certificate of Notice    Page 5 of 7

| District/off: 0312-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jan 24, 2022 | Form ID: 3180W | Total Noticed: 88 |

| | | | |
|---|---|---|---|
| 517386171 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 24 2022 20:33:06 | as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| | | | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517388420 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 24 2022 20:33:03 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517171223 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 24 2022 20:33:04 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 517230638 | + EDI: MID8.COM | Jan 25 2022 01:33:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 517313482 | EDI: PRA.COM | Jan 25 2022 01:33:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.A., POB 41067, Norfolk VA 23541 |
| 517313484 | EDI: PRA.COM | Jan 25 2022 01:33:00 | Portfolio Recovery Associates, LLC, c/o Household Bank, POB 41067, Norfolk VA 23541 |
| 517319569 | EDI: PRA.COM | Jan 25 2022 01:33:00 | Portfolio Recovery Associates, LLC, c/o Hsbc, POB 41067, Norfolk VA 23541 |
| 517292963 | EDI: PRA.COM | Jan 25 2022 01:33:00 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 517319570 | EDI: PRA.COM | Jan 25 2022 01:33:00 | Portfolio Recovery Associates, LLC, c/o Rcs Direct Marketing/Orchard Bank, POB 41067, Norfolk VA 23541 |
| 517319568 | EDI: PRA.COM | Jan 25 2022 01:33:00 | Portfolio Recovery Associates, LLC, c/o Sears Card, POB 41067, Norfolk VA 23541 |
| 517319804 | EDI: PRA.COM | Jan 25 2022 01:33:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 517379399 | EDI: Q3G.COM | Jan 25 2022 01:33:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517379397 | EDI: Q3G.COM | Jan 25 2022 01:33:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517171229 | + EDI: RMSC.COM | Jan 25 2022 01:33:00 | SYNCB/AMAZON, PO Box 965015, Orlando, FL 32896-5015 |
| 517171230 | + EDI: RMSC.COM | Jan 25 2022 01:33:00 | SYNCB/BP DC, PO Box 965024, Orlando, FL 32896-5024 |
| 517171231 | + EDI: RMSC.COM | Jan 25 2022 01:33:00 | SYNCB/QVC, PO Box 965018, Orlando, FL 32896-5018 |
| 517171232 | + EDI: RMSC.COM | Jan 25 2022 01:33:00 | SYNCB/Sams, PO Box 965005, Orlando, FL 32896-5005 |
| 517171233 | + EDI: RMSC.COM | Jan 25 2022 01:33:00 | SYNCB/TJX COS DC, PO Box 965005, Orlando, FL 32896-5005 |
| 517171234 | + EDI: RMSC.COM | Jan 25 2022 01:33:00 | SYNCB/TJX COX, PO Box 965005, Orlando, FL 32896-5005 |
| 517171235 | + EDI: RMSC.COM | Jan 25 2022 01:33:00 | SYNCB/Walmart DC, PO Box 965024, Orlando, FL 32896-5024 |
| 517171225 | + EDI: RMSC.COM | Jan 25 2022 01:33:00 | Sam's Club/Sychrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 517171227 | + EDI: CITICORP.COM | Jan 25 2022 01:33:00 | Sears/CBNA, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 517171226 | + EDI: CITICORP.COM | | |

Case 17-32816-RG   Doc 96   Filed 01/26/22   Entered 01/27/22 00:14:55   Desc Imaged
Certificate of Notice   Page 6 of 7

| District/off: 0312-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jan 24, 2022 | Form ID: 3180W | Total Noticed: 88 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 25 2022 01:33:00 | Sears/CBNA, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 517172224 | + | EDI: RMSC.COM | | |
| | | | Jan 25 2022 01:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517171236 | + | EDI: RMSC.COM | | |
| | | | Jan 25 2022 01:33:00 | Synchrony Bank/JCP, PO Box 960090, Orlando, FL 32896-0090 |
| 517171237 | | EDI: AISTMBL.COM | | |
| | | | Jan 25 2022 01:33:00 | T-Mobile Bankruptcy Team, PO Box 53410, Bellevue, WA 98015 |
| 517205529 | + | EDI: AIS.COM | | |
| | | | Jan 25 2022 01:33:00 | T Mobile/T-Mobile USA Inc, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517171238 | | EDI: TDBANKNORTH.COM | | |
| | | | Jan 25 2022 01:33:00 | TD Bank, Corporate Headquaters, 1701 Marlton Pike E, Attn: President, Cherry Hill, NJ 08034 |
| 517171239 | | EDI: TDBANKNORTH.COM | | |
| | | | Jan 25 2022 01:33:00 | TD Bank N.A., PO Box 84037, Columbus, GA 31908 |
| 517377991 | | EDI: TDBANKNORTH.COM | | |
| | | | Jan 25 2022 01:33:00 | TD Bank, N.A., c/o Schiller Knapp Lefkowitz Hertzel LLP, 70 Gray Road, Falmouth, ME 04105 |
| 517395984 | + | Email/Text: bncmail@w-legal.com | Jan 24 2022 20:30:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517171241 | + | EDI: WTRRNBANK.COM | | |
| | | | Jan 25 2022 01:33:00 | TD Bank USA/Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 517171242 | + | EDI: RMSC.COM | | |
| | | | Jan 25 2022 01:33:00 | TJX Rewards/SYNCB, PO Box 530948, Atlanta, GA 30353-0948 |
| 517264087 | + | EDI: AIS.COM | | |
| | | | Jan 25 2022 01:33:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517171243 | + | EDI: VERIZONCOMB.COM | | |
| | | | Jan 25 2022 01:33:00 | Verizon, 455 Duke Drive, Franklin, TN 37067-2701 |
| 517171244 | + | EDI: RMSC.COM | | |
| | | | Jan 25 2022 01:33:00 | Walmart MasterCard/SYNCB, PO Box 960024, Orlando, FL 32896-0024 |
| 517171245 | + | EDI: WFFC.COM | | |
| | | | Jan 25 2022 01:33:00 | Wells Fargo, Dealer Services, PO Box 1697, Winterville, NC 28590-1697 |
| 517277801 | | EDI: WFFC.COM | | |
| | | | Jan 25 2022 01:33:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, PO Box 19657, Irvine, CA 92623-9657 |
| 517234136 | + | EDI: WFFC.COM | | |
| | | | Jan 25 2022 01:33:00 | Wells Fargo Bank, N.A., Attention Payment Processing, MAC# X2302-04C, 1 Home Campus, Des Moines, Iowa 50328-0001 |
| 517171246 | | EDI: WFFC.COM | | |
| | | | Jan 25 2022 01:33:00 | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 74

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Federal Home Loan Mortgage Corporation, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 517386155 | *P++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577, address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

| District/off: 0312-2 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Jan 24, 2022 | Form ID: 3180W | Total Noticed: 88 |

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2022          Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Chandra M. Arkema | on behalf of Creditor WELLS FARGO BANK  N.A. carkema@squirelaw.com |
| Elizabeth L. Wassall | on behalf of Creditor WELLS FARGO BANK  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Jason Brett Schwartz | on behalf of Creditor BMW Bank of North America jschwartz@mesterschwartz.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Michael G. Boyd | on behalf of Debtor Trevor A. Bloise michaelboydlaw@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor Specialized Loan Servicing  LLC rsolarz@kmllawgroup.com |
| Richard James Tracy, III | on behalf of Creditor TD Bank  N.A. richard.tracy.iii@gmail.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com |
| Shauna M Deluca | on behalf of Creditor Federal Home Loan Mortgage Corporation sdeluca@raslg.com |
| Sindi Mncina | on behalf of Creditor Federal Home Loan Mortgage Corporation smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11